STATE v. BREEZE

No. 389P98

Case below: 130 N.C.App. 344

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

STATE v. GOYENS

No. 461P98

Case below: 130 N.C.App. 486

Applications by defendant for writ of habeas corpus denied 30 December 1998. Application filed by defendant pro se for writ of habeas corpus denied 30 December 1998.

STATE v. MARECEK

No. 362P98

Case below: 130 N.C.App. 303

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

STATE v. MARTIN

No. 492P98

Case below: 131 N.C.App. 38

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.